IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM D. TRAYLOR,           )
                              )
        Plaintiff,            )
                              )
    v.                        )        Civil Action No. 1:08CV785-SRW
                              )                    (WO)
MICHAEL J. ASTRUE,            )
Commissioner of Social Security, )
                              )
        Defendant.            )

## JUDGMENT

In accordance with the Memorandum of Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is

AFFIRMED as to plaintiff's Title II claim and REVERSED as to plaintiff's Title XVI claim,

and this action is REMANDED to the Commissioner for further administrative proceedings.[1]

Done, this 11th day of March, 2010.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] In the event plaintiff is awarded additional benefits on remand, plaintiff shall have ninety
(90) days after plaintiff receives notice of the amount of any award of past due benefits to seek fees
from this court pursuant to 42 U.S.C. § 406(b).